| | |
|---|---|
| 1 | BARRY L. GOLDNER, SBN 107126 |
| 2 | R. JEFFREY WARREN, SBN 266454 |
| | KLEIN, DENATALE, GOLDNER, |
| 3 | COOPER, ROSENLIEB & KIMBALL, LLP |
| | 4550 California Ave., Second Floor |
| 4 | Bakersfield, CA 93309 |
| | Telephone: 661-395-1000 |
| 5 | Facsimile: 661-326-0418 |
| | Email: bgoldner@kleinlaw.com |
| 6 | jwarren@kleinlaw.com |

Attorneys for Defendants, U S CITYLINK CORPORATION and NAVDEEP GREWAL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> U S CITYLINK CORPORATION, a California corporation; NAVDEEP GREWAL, an individual; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 1:18-cv-00935-AWI-JLT <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** <br><br> **(Doc. 6)** |

Plaintiff DE LAGE LANDEN FINANCIAL SERVICES, INC. ("Plaintiff") and Defendants U S CITYLINK CORPORATION, a California corporation, and NAVDEEP GREWAL, an individual (collectively, "Defendants"), by and through their counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint in this action on July 10, 2018;

WHEREAS, Defendants' response to Plaintiff's Complaint is currently due on August 3, 2018;

WHEREAS, there have been no previous extensions of time to respond to Plaintiff's Complaint;

WHEREAS, good cause exists to extend the time for Defendants to respond to

Plaintiff's Complaint because the parties are currently engaged in productive settlement negotiations and the parties require additional time to continue settlement negotiations;

WHEREAS, Eastern District of California Local Rule 144, subdivision (a), allows the parties to stipulate to an extension of time to respond to a complaint no greater than twenty-eight (28) days; and

WHEREAS, the parties desire to extend the time for Defendants to respond to Plaintiff's Complaint for a period of twenty-one (21) days—to and including August 24, 2018.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants shall have an extension of twenty-one (21) days to respond to Plaintiff's Complaint—to and including August 24, 2018.

Dated: August 1, 2018

KLEIN, DENATALE, GOLDNER
COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ *Barry L. Goldner*
BARRY L. GOLDNER
Attorneys for Defendants, U S CITYLINK CORPORATION and NAVDEEP GREWAL

Dated: August 1, 2018

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ *Natalie Daghbandan*
(as authorized on 8/1/18)
NATALIE DAGHBANDAN
Attorneys for Plaintiff, DE LAGE LANDEN FINANCIAL SERVICES, INC.

## [~~PROPOSED~~] ORDER

The Court, having considered the foregoing stipulation, and good cause appearing, ORDERS:

The time for Defendants to respond to Plaintiff's Complaint is extended 21 days—to and including August 24, 2018.

IT IS SO ORDERED.

Dated: __**August 2, 2018**__          _____/s/ Jennifer L. Thurston_
                                        UNITED STATES MAGISTRATE JUDGE