BARRY L. GOLDNER, SBN 107126
R. JEFFREY WARREN, SBN 266454
KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:   661-395-1000
Facsimile:  661-326-0418
Email:       bgoldner@kleinlaw.com
             jwarren@kleinlaw.com

Attorneys for Defendants, U S CITYLINK
CORPORATION and NAVDEEP GREWAL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC.,<br><br>                  Plaintiff,<br><br>   v.<br><br>U S CITYLINK CORPORATION, a California corporation; NAVDEEP GREWAL, an individual; and DOES 1 through 20, inclusive,<br><br>               Defendants. | Case No. 1:18-cv-00935-AWI-JLT<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>**(Doc. 8)** |

Plaintiff DE LAGE LANDEN FINANCIAL SERVICES, INC. ("Plaintiff") and Defendants U S CITYLINK CORPORATION, a California corporation, and NAVDEEP GREWAL, an individual (collectively, "Defendants"), by and through their counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint in this action on July 10, 2018;

WHEREAS, Defendants' response to Plaintiff's Complaint was previously due on August 3, 2018;

WHEREAS, the Court previously granted an extension of time for Defendant to respond to Plaintiff's Complaint;

WHEREAS, Defendants' response to Plaintiff's Complaint is currently due on

August 24, 2018;

WHEREAS, good cause exists to extend the time for Defendants to respond to Plaintiff's Complaint because the parties have reached a settlement in principle and the parties require additional time to document the settlement;

WHEREAS, Eastern District of California Local Rule 144, subdivision (a), allows the parties to stipulate to an extension of time to respond to a complaint no greater than twenty-eight (28) days; and

WHEREAS, the parties desire to extend the time for Defendants to respond to Plaintiff's Complaint for a period of twenty-one (21) days—to and including September 14, 2018.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants shall have an extension of twenty-one (21) days to respond to Plaintiff's Complaint—to and including September 14, 2018.

Dated: August 13, 2018

KLEIN, DeNATALE, GOLDNER
COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ Barry L. Goldner
BARRY L. GOLDNER
Attorneys for Defendants, U S CITYLINK CORPORATION and NAVDEEP GREWAL

Dated: August 14, 2018

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ Natalie B. Daghbandan
(as authorized on 08/14/2018)
NATALIE B. DAGHBANDAN
Attorneys for Plaintiff, DE LAGE LANDEN FINANCIAL SERVICES, INC.

STIPULATION TO FURTHER EXTEND TIME
TO RESPOND TO COMPLAINT

## [~~PROPOSED~~] ORDER

The Court, having considered the foregoing stipulation, and good cause appearing, hereby ORDERS as follows:

The time for Defendants to respond to Plaintiff's Complaint is extended 21 days—to and including September 14, 2018.

IT IS SO ORDERED.

Dated: __**August 15, 2018**__            _____**/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE