# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> U S CITYLINK CORPORATION, et al, <br><br> Defendants. | Case No. 1:18-cv-00935-AWI-JLT <br><br> **ORDER TO RESPOND TO THE COMPLAINT OR TO FILE A NOTICE OF SETTLEMENT NO LATER THAN SEPTEMBER 28, 2018** <br><br> **(Doc. 10)** |

The parties have stipulated, once again, to extend the deadline for the defendants to respond to the complaint. (Doc. 10) They indicate, once again, that the parties have reached a "settlement in principle." Id. at 2. Thus, good cause appearing, the Court **GRANTS** the stipulation. No later than September 28, 2018, the defendants SHALL file their responsive pleadings or the parties SHALL file a notice of settlement.

IT IS SO ORDERED.

Dated: **September 24, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE