# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> U S CITYLINK CORPORATION, et al., <br><br> Defendants. | Case No.: 1:18-cv-0935 - AWI - JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 12) |

On September 28, 2018, Plaintiff filed a Notice of Settlement. (Doc. 12) Plaintiff reports that all parties "have reached a settlement to resolve this pending action." (*Id.* at 2) Thus, the Court **ORDERS**:

1. A Stipulation of Dismissal **SHALL** be filed no later than **October 22, 2018**; and
2. All other pending deadlines, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**


IT IS SO ORDERED.

Dated: **October 2, 2018**         **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE