**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss, California Bar No. 169446
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
sharon.weiss@bclplaw.com

Natalie Daghbandan, California Bar No. 273957
3161 Michelson Drive, Suite 1500
Irvine, California  92612-4414
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100
natalie.daghbandan@bclplaw.com

Attorneys for Plaintiff
DE LAGE LANDEN FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC.,<br><br>              Plaintiff,<br><br>     vs.<br><br>U S CITYLINK CORPORATION, a California corporation; NAVDEEP GREWAL, an individual; and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No. 1:18-CV-00935-AWI-JLT<br><br>**ORDER CLOSING CASE**<br>**(Doc. 14)** |

1. The Settlement Agreement provides that in the event of a Payment Default (as defined in the Settlement Agreement) Plaintiff may file the Stipulation To Set Aside Dismissal And For Entry Of Judgment executed by the Parties in connection with the Settlement Agreement.

2. Absent any Payment Default and upon final completion of all obligations under the Settlement Agreement, the Parties will submit a Stipulation for Dismissal With Prejudice to this Court.

Dated: October __, 2018

KLEIN, DeNATALE, GOLDNER
COOPER, ROSENLIEB & KIMBALL, LLP

By: _____
R. JEFFREY WARREN
Attorneys for Defendants, U S CITYLINK CORPORATION and NAVDEEP GREWAL

Dated: October __, 2018

BRYAN CAVE LEIGHTON PAISNER LLP

By: _____
NATALIE B. DAGHBANDAN
Attorneys for Plaintiff, DE LAGE LANDEN FINANCIAL SERVICES, INC.

## **ORDER**

The parties have settled their case and have stipulated to the action being dismissed without prejudice. (Doc. 14) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 14), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). However, the parties have stipulated to other ongoing issues as well. Thus, the Court **ORDERS**:

1. This Court retains subject-matter and personal jurisdiction over this action and the parties;

2. The Court retains jurisdiction over the Parties to enforce the terms of the Settlement Agreement;

3. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **October 3, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE